

HOME | KITTENS FOR SALE | APPLICATION | BREEDERS | INFORMATION | TESTIMONIALS | JUST FOR FUN | BLOG | CONTACT US

# Welcome to Boutique Kittens



Visit our **Birth Announcements** page to see our newest kittens for sale!

## *Available Kittens!*

   

Visit **Tique Times Blog** for our latest news!!

   

A boutique is an establishment set apart from the regular world: one in which you can expect exceptional and personalized service, and enjoy an extraordinary, unique, and individually meaningful experience.

Cited in López v. Shopify
16 Civ 9761 Decided 5/23/17
Archived on 5/23/17
This document is protected by copyright.
Further reproduction is prohibited without permission.

It is our privilege and pleasure to share this experience with each of you and your families.

At Boutique Kittens, we have **kittens for sale**, yet so much more. Our Bou Babies are a part of our family. We are dedicated to nurturing healthy, happy, and beautiful kittens, and preparing them to become a treasured member of your family.

Our Doll Face Persians for sale and Himalayan kittens for sale are each an exquisite representation of their breed. Each of our kittens for sale has been bred to our exacting standards of
**"Health, Disposition, and Beauty"**
in that order.

As a family, we know that each of our Bou Babies will be a wonderful companion and a graceful and charming addition to your family. They will bring love, warmth, and especially fun to your days!

We'll give you a brief **description of the breeds** of kittens for sale found at Boutique Kittens.

You'll also find helpful **information** throughout the website about our kittens, their care and the great experiences, or as we like to call them, the **"Tique Tracks"** shared with us by our kitty clients.



### Persian kittens for sale
Our traditional, or Doll Face Persians are prized for their elegant full coats, expressive pansy-like faces, and gorgeous round eyes. This ancient and regal **Persian breed** is well-known as the most popular breed in the country. It is our hope that one of our Persian Bou Baby kittens for sale will become a loving addition to your home. Picture the stately beauty of our blue eyed white Persian; this is the purr-fection that we strive for!

### Himalayan kittens for sale
Our ever popular Doll Face Himalayan kittens for sale are known for their dramatic colorpoints which so gracefully emphasize each of their features - from their nose to their toes! The **Himalayan breed** originated from crossing the Persian with the Siamese, so these kittens for sale get their friendly and affectionate side from their Persian ancestors and their mischievous playfulness from their Siamese heritage.

Cited in Lopez v. Shopify 16Civ9761 Decided 5/23/17
Archived on 5/23/17
This document is protected by copyright. Further reproduction is prohibited without permission.

**Toy and Teacup Persians and Himalayans** have become increasingly popular. Fitting into today's lifestyles and homes, Boutique Kittens offers a beautiful variety of colors in both our Toy and Tea Cup Persians and Himalayans for sale.



### Toy & Teacup Persian and Himalayan kittens for sale

Toy and Teacup Persians and Himalayans are small in size and big in personality! Since 1971 Persians have been the most popular cat breed. Our Toy and Teacup Persians and Himalayans help us meet the ever growing desire of families to have small pets. Quiet and relaxed by nature, these little kitties make wonderful family companions and great City Kitties!



### White Persian kittens for sale

Pure white Persians with blue eyes were among the first to arrive in Europe and the United States in the early 1600s. The blue eyed white Persians were later crossed with cream, black and blue Persians which brought the development of Copper-Eyed White and Odd-Eyed White Persians. We are pleased to offer all combinations in our beautiful white Persians. The luxurious elegance and beauty of the white Persian paired with its sweet affectionate temperament makes it the most sought-after of Persians

Our standards in raising these sweet Bou-Baby kittens for sale are measured first by the health of each kitten. We follow animal husbandry practices outlined by the Department of Agriculture and our veterinarians to ensure the safety and health of each of our cats and kittens.

Our Health Guarantee was authored by our veterinarian who monitors the guidelines of our breeding practices and administers testing for breeders as well as the health check ups and vaccinations for all kittens. Details are set forth within our guarantee.

We then follow our heart to make sure happiness and love surround them each day they spend in our nursery!

We're excited about our wide variety of kitten colors, sizes and breeds we can bring to you! You will see everything including:

Bright White

Deep Chocolate

Cited in Lopez v shopify
16civ9761 Decided on 5/23/17
Archived on 5/23/17
This document is protected by copyright.
Further reproduction is prohibited without permission.

### All Himalayan Point Colors

We'll also have those incredibly unique
Bi-Colors, Parti-Colors and Smokes!

We welcome you to browse through our website, enjoy the sweet faces
pictured here, and look for the perfect kitten for sale whose picture
speaks to you, and to your heart.  We hope you will see that
each of our kittens is loved, adorable, and most of all...
they would be a welcome addition to your family!

**Enjoy your visit!**
**Let us know if we can help you find the kitty of your dreams.**

Email

Copyright © 2007 Boutique Kittens

Cited in Lopez v Shoply
16Civ9761 Decided 5/23/17
Archived on 5/23/17
This document is protected by copyright.
Further reproduction is prohibited without permission.